652 A.2d 296

Anthony LERRO, Appellant,

v.

WORKMEN'S COMPENSATION APPEAL BOARD (SERVICE MASTER, INC. and Continental Insurance Company and CNA Insurance Company), Appellees.

Supreme Court of Pennsylvania.

Argued Dec. 5, 1994.

Decided Dec. 30, 1994.

Christina J. Barbieri, Philadelphia, for A. Lerro.

Lizabeth Precopio, Fort Washington, for Continental Ins. Co.

Sally Farrell, Philadelphia, for CNA Ins. Co.

Norman R. Haigh, Secretary, for W.C.A.B.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

### ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.

CAPPY, J., dissents and would reach the merits of the case.

MONTEMURO, J., is sitting by designation.